| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Kian Mottahedeh**<br>**16130 Ventura Blvd.**<br>**Suite 660**<br>**Encino, CA 91436**<br>**818-855-5950 Fax: 818-855-5952**<br>**247375**<br>**info@smlawca.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Candice Belasco Conerly**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **September 27, 2017**        **Candice Belasco Conerly**        *C. Belasco*
                                   Printed name of Debtor 1             Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 1                              F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                 Printed name of Debtor 2    Signature of Debtor 2

```
Name:      Candice Belasco                                      Pay Period:   19/2017
SAP #:         41482                                            Pay Cycle:    09/04/2017 - 09/17/2017
SSN:       xxx-xx-3861                                          Pay Date:     09/22/2017
```

| Pay Summary | Current | YTD |
|---|---|---|
| Earnings | 3,576.93 | 8,942.33 |
| Retro Pay | 0.00 | |
| Deductions | -287.33 | -287.33 |
| Taxes | -1,117.78 | -2,842.27 |
| NET PAY------> | 2,171.82 | |

| Deductions | Current | YTD |
|---|---|---|
| *NGSP | 178.85 | 178.85 |
| *Medical | 98.31 | 98.31 |
| *Dental | 5.54 | 5.54 |
| Opt AD&D | 1.81 | 1.81 |
| OptLife | 2.82 | 2.82 |
| TOTALS: | 287.33 | 287.33 |

\* Federal Pre-Tax Deduction

Note: "Retro Pay" is earnings activity from one or more prior pay periods. All Retro Pay amounts have been added to your YTD totals.

| Earnings | Hours | Current | YTD |
|---|---|---|---|
| Biweekly | | 3,576.93 | 8,942.33 |
| TOTAL EARNINGS: | | 3,576.93 | 8,942.33 |

-------Tax Withholding Elections--------

| Authority | Status | Ex | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 2.00 |
| California | Single | 00 | 0.00 |
| Maryland | Single | 01 | 0.00 |

| Taxes | TaxType | Current | YTD |
|---|---|---|---|
| Federal | W/H | 640.01 | 1,609.80 |
| Federal | OASDI | 215.44 | 548.21 |
| Federal | Medcar | 50.39 | 128.21 |
| Californi | W/H | 10.70 | 31.94 |
| Maryland | W/H | 201.24 | 524.11 |
| TOTAL TAXES: | | 1,117.78 | 2,842.27 |

| Imputed Income | Current | YTD |
|---|---|---|
| EELife | 1.83 | 3.66 |

| Taxable Base | Current | YTD |
|---|---|---|
| Federal | 3,296.06 | 8,663.29 |
| FICA | 3,474.91 | 8,842.14 |
| Medicare | 3,474.91 | 8,842.14 |
| Californi | 3,296.06 | 8,663.29 |
| Maryland | 3,296.06 | 8,663.29 |

| Net Pay Distribution(s) | Net Amount |
|---|---|
| J. P. MORGAN CHASE BANK, | 2,171.82 |
| TOTAL NET PAY: | 2,171.82 |

*NORTHROP GRUMMAN*

PO Box 17319 Mailstop A350
Baltimore, MD 21203

Name: Candice Belasco  
SAP #: 41482  
SSN: xxx-xx-3861  

Pay Period: 18/2017  
Pay Cycle: 08/21/2017 - 09/03/2017  
Pay Date: 09/08/2017  

| Pay Summary | Current | YTD |
|---|---|---|
| Earnings | 3,576.93 | 5,365.40 |
| Retro Pay | 0.00 | |
| Taxes | -1,223.31 | -1,724.49 |
| NET PAY ------> | 2,353.62 | |

Note: "Retro Pay" is earnings activity from one or more prior pay periods. All Retro Pay amounts have been added to your YTD totals.

| Earnings | Hours | Current | YTD |
|---|---|---|---|
| Biweekly | | 3,576.93 | 5,365.40 |
| TOTAL EARNINGS: | | 3,576.93 | 5,365.40 |

Deductions   Current   YTD

\* Federal Pre-Tax Deduction

-------Tax Withholding Elections--------

| Authority | Status | Ex | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| California | Single | 00 | 0.00 |
| Maryland | Single | 01 | 0.00 |

| Taxes | TaxType | Current | YTD |
|---|---|---|---|
| Federal | W/H | 708.68 | 969.79 |
| Federal | OASDI | 221.88 | 332.77 |
| Federal | Medcar | 51.89 | 77.82 |
| Californi | W/H | 21.24 | 21.24 |
| Maryland | W/H | 219.62 | 322.87 |
| TOTAL TAXES: | | 1,223.31 | 1,724.49 |

| Imputed Income | Current | YTD |
|---|---|---|
| EELife | 1.83 | 1.83 |

| Taxable Base | Current | YTD |
|---|---|---|
| Federal | 3,578.76 | 5,367.23 |
| FICA | 3,578.76 | 5,367.23 |
| Medicare | 3,578.76 | 5,367.23 |
| Californi | 3,578.76 | 5,367.23 |
| Maryland | 3,578.76 | 5,367.23 |

| Net Pay Distribution(s) | Net Amount |
|---|---|
| J. P. MORGAN CHASE BANK, | 2,353.62 |
| TOTAL NET PAY: | 2,353.62 |

**NORTHROP GRUMMAN**

PO Box 17319 Mailstop A350  
Baltimore, MD 21203

| Name: | Candice Belasco | | Pay Period: | 17/2017 |
|---|---|---|---|---|
| SAP #: | 41482 | | Pay Cycle: | 08/14/2017 - 08/20/2017 |
| SSN: | xxx-xx-3861 | | Pay Date: | 08/25/2017 |

| Pay Summary | Current | YTD |
|---|---|---|
| Earnings | 1,788.47 | 1,788.47 |
| Retro Pay | 0.00 | |
| Taxes | -501.18 | -501.18 |
| NET PAY------> | 1,287.29 | |

Note: "Retro Pay" is earnings activity from one or more prior pay periods. All Retro Pay amounts have been added to your YTD totals.

| Earnings | Hours | Current | YTD |
|---|---|---|---|
| Biweekly | | 1,788.47 | 1,788.47 |
| TOTAL EARNINGS: | | 1,788.47 | 1,788.47 |

| Deductions | Current | YTD |
|---|---|---|

\* Federal Pre-Tax Deduction

-------Tax Withholding Elections--------

| Authority | Status | Ex | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| California | Single | 00 | 0.00 |
| Maryland | Single | 01 | 0.00 |

| Taxes | TaxType | Current | YTD |
|---|---|---|---|
| Federal | W/H | 261.11 | 261.11 |
| Federal | OASDI | 110.89 | 110.89 |
| Federal | Medcar | 25.93 | 25.93 |
| Maryland | W/H | 103.25 | 103.25 |
| TOTAL TAXES: | | 501.18 | 501.18 |

| Imputed Income | Current | YTD |
|---|---|---|

| Taxable Base | Current | YTD |
|---|---|---|
| Federal | 1,788.47 | 1,788.47 |
| FICA | 1,788.47 | 1,788.47 |
| Medicare | 1,788.47 | 1,788.47 |
| Californi | 1,788.47 | 1,788.47 |
| Maryland | 1,788.47 | 1,788.47 |

| Net Pay Distribution(s) | Net Amount |
|---|---|
| J. P. MORGAN CHASE BANK, | 1,287.29 |
| TOTAL NET PAY: | 1,287.29 |

**NORTHROP GRUMMAN**

PO Box 17319 Mailstop A350
Baltimore, MD 21203