| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No., and Email Address: | FOR COURT USE ONLY |
|---|---|
| Kian Mottahedeh<br>SM Law Group, APC<br>16130 Ventura Blvd.<br>Suite 660<br>Encino, CA 91436<br>818-855-5950 Fax: 818-855-5952<br>247375<br>info@smlawca.com | |
| ☐ Individual appearing without attorney<br>☑ Attorney for: | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Candice Belasco Conerly**<br><br><br><br>Debtor(s). | CASE NO.: 2:17-BK-21958-WB<br>CHAPTER: 13<br><br>**DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)**<br><br>Next Meeting of Creditors<br>Date:                    Time:<br>Next Confirmation Hearing<br>Date:                    Time: |
|---|---|

***Instructions:*** *In a joint case, both debtors must answer and sign. This declaration must be filed with the court and served upon the chapter 13 trustee not later than 7 days before the first scheduled §341(a) meeting of creditors. If necessary, further declarations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, **Candice Belasco Conerly**, *(Debtor's name(s))*, hereby declare:

Tax Returns:

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. §1308. |
| ☐ | ☐ | I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as required by 11 U.S.C. §1308. I have not filed the following return(s) for the following years[2].<br>Year            Taxing Authority (federal, state, or local)        Proposed Date for Filing Return |

---

[1] The term "domestic support obligation" is defined in 11. U.S.C. §101(14A.)
[2] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                F3015-1.08.DEC.TAX.DSO

| | | |
|---|---|---|
| ☐ | ☐ | I am not required to file federal, state, or local tax returns because:_____ |

Domestic Support Obligations

| Debtor | Joint Debtor | |
|---|---|---|
| ☑ | ☐ | I do not owe any domestic support obligations. |
| ☐ | ☐ | As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. |
| ☐ | ☐ | No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above. |
| ☐ | ☐ | As of the date of this declaration, I have paid NOT all amounts that are required to be paid under a domestic support obligation that have come due after the date of the filing of the petition. I am delinquent on the following post-filing payments: |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 27, 2017 | **Candice Belasco Conerly** | *C. Blan* |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                       **F3015-1.08.DEC.TAX.DSO**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16130 Ventura Blvd., Suite 660, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS (PRECONFIRMATION)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 2, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  - Nancy K Curry (TR)    TrusteeECFMail@gmail.com
  - Kian Mottahedeh    kian@smlawca.com
  - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) October 2, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Julia W. Brand
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2017 | Nancy St.Thomas | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

205 Pin Oak Rd, Edinburg
205 Pin Oak Rd, Edinburg
Edinburg, TX 78539-3061

Ann Harris Bennett Tax Collector
P.O Box 3547
Houston, TX 77253-3547

Capital One
Post Office Box 85167
Richmond, VA 23285-5167

Chase
PO Box 15123
Wilmington, DE 19850-5123

Conn's Credit Corporation
PO Box 1687
Beaumont, TX 77704-1687

Diversified Consultants
PO Box 571
Fort Mill, SC 29716-0571

GAP
P.O. Box 530942
Atlanta, GA 30353-0942

Harris County Alarm Detail
9418 Jensen Dr a
Houston, TX 77093-6840

Holt & Young, P.C.
9821 Katy Fwy #350
Houston, TX 77024-1231

Lexus Finanacial Services
PO Box 2730
Torrance, CA 90509-2730

MONTGOMERY COUNTY TAX OFFICE
400 N. SAN JACINTO
Conroe, TX 77301-2823

Midland Credit Management
P.O. Box 603
Oaks, PA 19456-0603

North Forest C.I.A., Inc
C/O JDH Assoc. Mgmt Co
1776 Woodstead Ct, Spring
Spring, TX 77380-0995

Pagel Davis & Hill
1415 Louisiana St # 22
Houston, TX 77002-7344

Remington Ranch Community Assoc. In
19015 Barnsdale Dr
Houston, TX 77073

Royal Forest Colony Club, Inc
21459 Forest Colony Dr
Porter, TX 77365

Shawn Charles Conerly
426 Westmoreland St. Houston
Houston, TX 77006-4521

Shawn Charles Conerly
C/O Jay S. Ginsburg
6575 West Loop
Suite 150
Bellaire, TX 77401-3512

Spring ISD Tax Office
16717 Ella Blvd
Houston, TX 77090-4299

Synchrony Bank
P.O. Box 105972
Atlanta, GA 30348-5972

Texas Citizen's Bank
1800 E NASA Pkwy #1
Houston, TX 77058-3502

Transworld Systems
8880 Rio San Diego Dr.
Suite 102
San Diego, CA 92108-1635

Candice Belasco Conerly
6040 Center Drive
Los Angeles, CA 90045-1787

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Remington Ranch Community Assoc. In
19015 Barnsdale Dr.,
Houston, TX 77073

(u)Summit Account Resolution
12201 Champlin Dr., Suite 100
NY 00553-1600